STEFANO LUISONI, Respondent, v. HINRICH SCHOTTLER et al., Appellants, et al., Defendants.— Order unanimously modified so as to eliminate items 6, 7, 8 and 13 and, as so modified, affirmed. Such items are neither proper nor

necessary under the pleadings. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.